## Case No. 2,853.

### CLARKE v. HEMPSTONE.

[Cited in Brook v. Brown, Case No. 1,931. Nowhere reported; opinion not now accessible.]